**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| | : | |
| **KEANEN T. GROSS** | : | |
| | : | |
| **DEBTOR** | : | **NO. 23-11177 (MDC)** |

## CERTIFICATION OF NO RESPONSE

I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 10th day of May, 2023, there has been no response or answer regarding Debtor's Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served April 25, 2023. It is respectfully requested that said Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code be presented to the Honorable Magdeline D. Coleman as UNCONTESTED.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2023

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No.: (610) 272-4555
Fax No.: (610) 272-2961
Email: spitofskylaw@verizon.net