## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 05/23/23 |
| | : | | Time: 10:30 a.m. |
| KEANEN T. GROSS | : | | Place: Courtroom #2 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 23-11177 (MDC) | Phila., PA 19107 |

## ORDER EXTENDING AUTOMATIC STAY

**AND NOW**, this 23 day of May , 2023, upon consideration of Debtor's Motion to Extend the Automatic Stay under Section 362(c)(3)(B) of the Bankruptcy Code (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and that the automatic stay is extended as to all creditors who were served with the Motion and Notice of the Motion for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE