United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-11177-mdc

Keanen T. Gross     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 23, 2023     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keanen T. Gross, 516 W. Lawn Street, Lansdale, PA 19446-1525 |
| 14776149 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14776157 | + | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14779247 | + | PENNYMAC LOAN SERVICES, LLC, c/o MARK A. CRONIN, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14776162 | + | Troy Gross, 1101 E. Dorset Street, 1st Floor, Philadelphia, PA 19150-3116 |
| 14776164 | + | Turquoise Johnson, 1101 E. Dorset Street, 2nd Floor, Philadelphia, PA 19150-3116 |
| 14776166 | + | Weltman, Weinberg & Reis Co., 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2023 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2023 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | May 24 2023 00:48:04 | PENNYMAC LOAN SERVICES, LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14776152 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2023 00:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14782934 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2023 00:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14776165 | | Email/Text: megan.harper@phila.gov | May 24 2023 00:51:00 | Water Revenue Bureau, Attn.: Pamela Elchert Thurmond, Esquire, Tax & Revenue Unit, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14782434 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2023 00:51:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14776153 | | Email/Text: megan.harper@phila.gov | May 24 2023 00:51:00 | City of Philadelphia/School Dist. Phila., Attn.: Megan N. Harper, Esquire, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14776159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2023 00:54:55 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14776154 | | Email/Text: mrdiscen@discover.com | May 24 2023 00:51:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14783371 | | Email/Text: mrdiscen@discover.com | May 24 2023 00:51:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14776155 | + | Email/Text: bankruptcydepartment@tsico.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 24 2023 00:51:00 | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14776156 | | Email/Text: bknotices@fbcs-inc.com | May 24 2023 00:51:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14776151 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 24 2023 00:51:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14776158 | ^ | MEBN | May 24 2023 00:48:03 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14776160 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 24 2023 00:51:00 | Navient Solutions, LLC, c/o Ascendium Educaton Services, P.O. Box 8961, Madison, WI 53708-8961 |
| 14776161 | + | Email/PDF: ebnotices@pnmac.com | May 24 2023 00:54:55 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14777457 | | Email/Text: bankruptcy@bbandt.com | May 24 2023 00:51:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14776163 | + | Email/Text: bankruptcy@bbandt.com | May 24 2023 00:51:00 | Truist Bank, 214 North Tryon Street, Charlotte, NC 28202-2374 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14776150 | *+ | Keanen T. Gross, 516 W. Lawn Street, Lansdale, PA 19446-1525 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Keanen T. Gross spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 26 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 05/23/23 |
| | : | | Time: 10:30 a.m. |
| KEANEN T. GROSS | : | | Place: Courtroom #2 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 23-11177 (MDC) | Phila., PA 19107 |

### ORDER EXTENDING AUTOMATIC STAY

AND NOW, this 23 day of May, 2023, upon consideration of Debtor's Motion to Extend the Automatic Stay under Section 362(c)(3)(B) of the Bankruptcy Code (the "Motion"), it is hereby

ORDERED that the Motion is **GRANTED** and that the automatic stay is extended as to all creditors who were served with the Motion and Notice of the Motion for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE