# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                       Chapter 13

KEANEN T. GROSS                    Bankruptcy No. 23-11177-MDC

516 W LAWN STREET

LANSDALE, PA 19446

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KEANEN T. GROSS

    516 W LAWN STREET

    LANSDALE, PA 19446

**Counsel for debtor(s), by electronic notice only.**
    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/28/2023                                                                           /s/ Kenneth E. West

                                                             _____
                                                             Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee