United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keanen T. Gross  
    Debtor

Case No. 23-11177-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keanen T. Gross, 516 W. Lawn Street, Lansdale, PA 19446-1525 |
| 14776149 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14776157 | + | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14779247 | + | PENNYMAC LOAN SERVICES, LLC, c/o MARK A. CRONIN, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14776162 | + | Troy Gross, 1101 E. Dorset Street, 1st Floor, Philadelphia, PA 19150-3116 |
| 14776164 | + | Turquoise Johnson, 1101 E. Dorset Street, 2nd Floor, Philadelphia, PA 19150-3116 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14776152 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2023 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14782934 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2023 00:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14776165 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 00:32:00 | Water Revenue Bureau, Attn.: Pamela Elchert Thurmond, Esquire, Tax & Revenue Unit, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14800775 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14782434 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2023 00:32:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14776153 | + | Email/Text: megan.harper@phila.gov | Oct 27 2023 00:32:00 | City of Philadelphia/School Dist. Phila., Attn.: Megan N. Harper, Esquire, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14776159 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:42:24 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14776154 | + | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:31:00 | Discover Bank, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14783371 | | Email/Text: mrdiscen@discover.com | Oct 27 2023 00:31:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14776155 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 27 2023 00:32:00 | EOS CCA, P.O. Box 981008, Boston, MA 02298-1008 |
| 14776156 | | Email/Text: bknotices@fbcs-inc.com | Oct 27 2023 11:52:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14776151 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 27 2023 00:32:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Oct 26, 2023 | Form ID: 155 | | Total Noticed: 25 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 14776158 | ^ | MEBN | Oct 27 2023 00:22:04 | 19107-4202<br>KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14776160 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 27 2023 00:31:00 | Navient Solutions, LLC, c/o Ascendium Educaton Services, P.O. Box 8961, Madison, WI 53708-8961 |
| 14784532 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 27 2023 00:31:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 14776161 | + | Email/PDF: ebnotices@pnmac.com | Oct 27 2023 00:43:50 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14777457 | | Email/Text: bankruptcy@bbandt.com | Oct 27 2023 00:32:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14776163 | + | Email/Text: bankruptcy@bbandt.com | Oct 27 2023 00:31:00 | Truist Bank, 214 North Tryon Street, Charlotte, NC 28202-2374 |
| 14776166 | + | Email/Text: PHILAW@weltman.com | Oct 27 2023 00:31:00 | Weltman, Weinberg & Reis Co., 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14776150 | *+ | Keanen T. Gross, 516 W. Lawn Street, Lansdale, PA 19446-1525 |
| 14790867 | *+ | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Keanen T. Gross spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 26, 2023 | Form ID: 155 | Total Noticed: 25

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Keanen T. Gross
      Debtor(s)                                     Chapter: 13

                                                          Bankruptcy No: 23−11177−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 26, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                   Magdeline D. Coleman
                                                            Chief Judge, United States Bankruptcy Court

                                                                                                   33 − 29
                                                                                                  Form 155